**Wayne SHOUSE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37898.**

Missouri Court of Appeals,
Western District.

Jan. 20, 1987.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
March 3, 1987.

Application to Transfer Denied
April 14, 1987.

Sean O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, C.J., and DIXON and NUGENT, JJ.

**ORDER**

**PER CURIAM:**

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).